**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:16-CV-788-JHM**

**ARMONDO L. COCHRAN,**                                                                                       **Plaintiff,**

**v.**

**MAINSOURCE BANK,**                                                                                             **Defendant.**

## Settlement Report and Recommendation

A settlement conference was conducted before the undersigned Magistrate Judge on January 17, 2018, with the following appearances:

FOR PLAINTIFF: Armondo Cochran; David Hemminger, counsel.

FOR DEFENDANT: Miranda Hogg, MainSource Bank; Thurman Senn, counsel.

Settlement negotiations were conducted in good faith, and the parties reached an agreement for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as settled with prejudice and with leave to reinstate within 30 days after entry of the order of dismissal if the parties fail to fulfill the terms of the settlement agreement within that time.

cc: Counsel of record

4:30